United States Courts
Southern District of Texas
FILED

MAR 31 2015

David J. Bradley, Clerk
Laredo Division

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. **L-15-319 DS** |
| RODOLFO GARCIA<br>AKA: RODOLFO GARCIA<br>AKA: RUDY GARCIA | § § § § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about May 21, 2014, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**RODOLFO GARCIA
AKA: RODOLFO GARCIA
AKA: RUDY GARCIA,**

did knowingly possess a machine gun, that is, a Colt, Model AR15, in 5.56 millimeter.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT TWO

On or about May 21, 2014, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**RODOLFO GARCIA
AKA: RODOLFO GARCIA
AKA: RUDY GARCIA,**

did knowingly possess a machine gun, that is, a Glock, Model 22, in .40 caliber.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

KENNETH MAGIDSON
UNITED STATES ATTORNEY

*/s/ Jose Homero Ramirez*

JOSE HOMERO RAMIREZ
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

NO. **L-15-319**

__LAREDO__ DIVISION

FILE: 15-03060
SEALED INDICTMENT

Filed: **MAR 3 1 2015**

Judge: _____

ATTORNEYS:

UNITED STATES OF AMERICA

VS.

KENNETH MAGIDSON, USA
JOSE HOMERO RAMIREZ, AUSA

**RODOLFO GARCIA**
**AKA: RODOLFO GARCIA**
**AKA: RUDY GARCIA**

**CHARGE:** Ct. 1: Illegal Possession of a Machine Gun [18 USC 922(o), 924(a)(2)]

Ct. 2: Illegal Possession of a Machine Gun [18 USC 922(o), 924(a)(2)]

**TOTAL COUNTS: 2**

**PENALTY:** 0-10 Years, $250,000.00, $100 Special Assessment,
Not More Than a 3 Year Term of Supervised Release

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: